UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                     Case No. 23-CR-441 (RC)
**UNDER SEAL**

JORGE SOLARES RUANO
_____/

### NOTICE OF LIMITED APPEARANCE

**COMES NOW**, JEFFREY G. BROWN, ESQ., and hereby enters this Notice of Limited Appearance for the purpose of sponsoring the out of state attorney, Scott T. Kalisch, Esq., who is seeking to appear *pro hac* vice, on behalf of JORGE SOLARES RUANO, in the above styled cause.

The Clerk is requested to enter the appearance of the undersigned attorney for this limited purpose only and the undersigned is to be withdrawn once Scott T. Kalish, Esq. is admitted *pro hac vice*.

Dated: April 16, 2024                            _____*/s/ Jeffrey G. Brown*_____
                                                                            JEFFREY G. BROWN, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of April, 2024, this Notice has been provided to the Clerk of the Court via e-mail to dcd_cmecf_cr@dcd.uscourts.gov.

                                               /s/ *Jeffrey G. Brown*
                                        JEFFREY G. BROWN, ESQUIRE
                                        Brown Doherty Little
                                        450 Carillon Parkway, Suite 120
                                        St. Petersburg, FL  33716
                                        (727) 299-0099, Ext. 1
                                        FBN 832431
                                        jeff@lawbdl.com
                                        jennifer@lawbdl.com