UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case No. 23-CR-441 (RC)

JORGE SOLARES RUANO
_____/

## NOTICE OF LIMITED APPEARANCE

**COMES NOW**, ALEXEI SCHACHT, ESQ., and hereby enters this Notice of Limited Appearance for the purpose of sponsoring the out of state attorney, Scott T. Kalisch, Esq., who is seeking to appear *pro hac* vice, on behalf of JORGE SOLARES RUANO, in the above styled cause.

The Clerk is requested to enter the appearance of the undersigned attorney for this limited purpose only and the undersigned is to be withdrawn once Scott T. Kalish, Esq. is admitted *pro hac vice*.

Dated: August 20, 2024   _____*/s/ Alexei Schacht*_____
ALEXEI SCHACHT, ESQ