**STATEMENT**

I, Scott Tully Kalisch, furnish this Statement in support of my application to Appear Pro Hac Vise in the case of *United States of America v Jorge Solares Ruano Case No 23-441 (RC) – Under Seal*. In response to questions 5 and 6 posed in the Declaration for Pro Hac Vice, attached hereto, the undersigned would respectfully state he was suspended from the practice of law by the Florida Supreme Court for a period of 60 days commencing on June 3 and ending on August 2, 2024. The undersigned has successfully completed that suspension and is presently a member in good standing of the Florida Bar, see attached Certificate of Good Standing and Disciplinary History.