UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury 24-1 Sworn in on
April 11, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:23-cr-00441 (RC) |
| v. | UNDER SEAL |
| JORGE AUGUSTO SOLARES RUANO, | 21 U.S.C. §§ 959(a), 960, and 963 (Conspiracy to Distribute Five Kilograms or More of Cocaine for Importation into the United States) |
| also known as "Pelon," | |
| Defendant. | 21 U.S.C. §§ 853 and 970 (Forfeiture) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or around 2017, and continuing thereafter, up to and including at least April 2022, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Guatemala, Mexico, the United States, and elsewhere, the defendant, **JORGE AUGUSTO SOLARES RUANO, also known as "Pelon,"** together with others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate and agree to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(b)(1)(B)(ii), all in violation of Title 21, United States Code, Section 963.

With respect to the defendant, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

> (Conspiracy to Distribute Five Kilograms or More of Cocaine Intending, Knowing, and Having Reasonable Cause to Believe That Such Substance Will Be Unlawfully Imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(b)(1)(B)(ii), and 963.)

## **FORFEITURE ALLEGATION**

The United States hereby gives notice to the defendant that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of the alleged Title 21 violations, and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

A TRUE BILL:

_____
Foreperson

By: _____
MARLON COBAR
Chief, Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, D.C. 20530

_____
IMANI D. HUTTY
MINGDA HANG
JOSH KATCHER
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 616-7996