IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:23cr441-RC |
| JORGE AUGUSTO SOLARES-RUANO, | ) |
| Defendant. | ) |

**MOTION TO SUSPEND AND AMEND PRETRIAL ORDER INCLUDING CONTINUANCE OF TRIAL DATE**

COMES NOW, the Defendant, Jorge Augusto Solares Ruano, by and through counsel, with the consent of the United States, and hereby moves this Honorable Court to order the suspend and amend the trial/pretrial schedule in the above captioned matter as set forth below, on the following grounds:

1. Counsel has been unable to open the files contained in the government's third production despite attempts using various combinations of hardware (i.e., different computers, external vs. internal drives) and requires additional time to resolve the technical difficulty and review the material; and

2. A Superseding Indictment was issued last week, expanding the time period in which Mr. Solares-Ruano is alleged to have been a participant in the charged conspiracy. While no additional *counts* have been added, this does require an expanded pretrial investigation by the defense and will require additional witness interviews; and

3. The United States recently produced an additional 3,768 pages of discovery and has promised an additional, voluminous, fifth production; and

4. Discovery is primarily in Spanish, and although counsel is proficient, she is not fluent

and does require assistance with full translation; and

    5.  For the foregoing reasons, counsel will not be able to adequately prepare for trial in time for the current trial date of October 15, 2024; and

    6.  The government is not available on the Court's next reportedly available trial date at the end of March, 2025.

WHEREFORE, with the consent of the United States, Mr. Solares-Ruano, through counsel, respectfully prays that this Honorable Court grant the following relief with respect to the trial and pretrial schedule as set forth in this Court's April 5, 2024, Order:

    a.  Suspend *all* deadlines within the Pretrial Order, *nun pro tunc* to August 27, 2024, including any defense expert designation, *except* to require that the defense make any objection to the expert designation filed by the government on August 27, 2024 on or before September 10, 2024; and

    b.  At or before the arraignment on the Superseding Indictment, set a new trial date in the late Spring or early Summer of 2025; and

    c.  Enter a new Pretrial Order setting forth said trial date and new pretrial deadlines.

                                        Respectfully submitted,

                                        JORGE AUGUSTO SOLARES-RUANO
                                        By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
Lana Manitta, DC Bar #989100
1800 Diagonal Road, Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant Solares Ruano

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

I HEREBY CERTIFY THAT on this the 3rd day of September, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
Lana Manitta, DC Bar #989100
1800 Diagonal Road, Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant Solares Ruano