IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 1:23cr441-RC |
| JORGE AUGUSTO SOLARES-RUANO, | ) ) ) | |
| Defendant. | ) ) | |

**<u>OBJECTIONS TO GOVERNMENT'S EXPERT DISCLOSURE</u>**

COMES NOW, the Defendant, Jorge Augusto Solares Ruano, by and through counsel, with the consent of the United States, and in response to the Government's Expert Disclosure (Dkt. 54), hereby states as follows:

1. Without waiving any other applicable objection pursuant to the Federal Rules of Evidence, either to the specific testimony and/or to the exhibits which the United States may seek to introduce by and through this witness, Mr. Solares does not object to the qualification of Scientific Technician Erasmo Abigail Chen Gonzalez as an expert in the chemical testing of controlled substances.

2. Without waiving any other applicable objection pursuant to the Federal Rules of Evidence either to the specific testimony and/or exhibits which the United States may seek to introduce by and through this witness, Mr. Solares objects to the qualification of SA Matthew Stewart as an expert witness as proffered by the United States on the grounds that SA Stewart's testimony is generalized. It is not based on sufficient facts or data related or relevant to the DTO alleged in the Indictment. The proffer illustrates that SA Stewart's testimony is anecdotal rather than the product of the reliable principles and methods which have been reliably applied to the facts of the case. *See United States v. Hopkins*, 310 F.3d 145, *United States v. Hassan*, 742 F.3d

1

104, Fed. R. Evid. 702. At best, it is fact evidence not relevant to the charged DTO. At a minimum, Mr. Solares reserves the right to *voir dire* SA Stewart prior to qualification at trial.

      3.   Without waiving any applicable objection pursuant to the Federal Rules of Evidence either to the specific testimony and/or exhibits which the United States may seek to introduce by and through this witness, Mr. Solares objects to the qualification of Ms. Judi O'Brien as an expert linguist without sufficient showing of the requisite "specialized knowledge" of Guatemalan Spanish, including relevant regional dialects. *See* Fed. R. Evid. 702. Mr. Solares submits that a *voir dire* prior to certification of Ms. O'Brien may rectify the concern addressed by this objection, and therefore at a minimum, he reserves his right to *voir dire* Ms. O'Brien prior to her qualification as an expert at trial.

                                      Respectfully submitted,

                                      JORGE AUGUSTO SOLARES-RUANO
                                      By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
Lana Manitta, DC Bar #989100
1800 Diagonal Road, Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant Solares Ruano

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

      I HEREBY CERTIFY THAT on this the 10th day of September, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By: _____/s/_____.
Lana Manitta, DC Bar #989100
1800 Diagonal Road, Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant Solares Ruano