UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                  Case No. 23-CR-441 (RC)

JORGE SOLARES RUANO
_____/

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, JEFFREY G. BROWN, ESQ., and hereby moves this Honorable Court to Withdraw him as listed counsel in this matter, and as good cause would allege:

On April 16, 2024, while this matter was still Sealed, the undersigned entered a *Limited Notice of Appearance* for the purpose of sponsoring the out of state attorney, Scott T. Kalisch, who was seeking to appear *pro hac vice*, on behalf of Jorge Solares Ruano. (Doc. 41). Within this Limited Notice, it also states that "the Clerk is requested to enter the appearance of the undersigned attorney for this limited purpose only."

On April 17, 2024, Attorney Kalisch's Motion to appear *pro hac vice* was denied.

On May 2, 2024, a hearing was held regarding Attorney Kalisch's Amended Motion to appear *pro hac vice* and the Amended Motion was withdrawn at that time.

(Doc. 47).  The undersigned had reasonable belief that he was no longer associated with this matter.

At some point between May 3, 2024 and August 20, 2024, this matter was unsealed by the Court.  Beginning on August 20, 2024, with the filing of Docket 50, the undersigned realized his name was still attached to this case, as the undersigned continues to receive notice of all filings in this matter.

After two (2) telephone calls to the Clerk's office, the undersigned's office was informed that filing a Motion to Withdraw as Counsel would be necessary to dissociate the undersigned's name with this matter.

**WHEREFORE**, the undersigned respectfully requests this Honorable Court Grant this Motion to Withdraw as Counsel and terminate his association with this matter.

Dated: September 12, 2024          _____*/s/ Jeffrey G. Brown*_____
                                                    JEFFREY G. BROWN, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of September, 2024, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all necessary parties.

_____*/s/ Jeffrey G. Brown*_____
JEFFREY G. BROWN, ESQUIRE
Brown Doherty Little
1646 W Snow Ave., #16
Tampa, FL  33606
(727) 299-0099, Ext. 1
FBN 832431
jeff@lawbdl.com
jennifer@lawbdl.com