UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLOMBIA

UNITED STATES OF AMERICA

V                                                                                    CRIMINAL NO 23-441 (RC)

JORGE AUGUSTO SOLARES RUANO

### RESPONSE TO GOVERNMENT OPPOSITION TO SCOTT T. KALISCH PRO HAC VICE MOTION

COMES NOW SCOTT T. KALISCH, pro se, and files this RESPONSE to the Government's previously filed Opposition to the undersigned's appearance pro hac vice in this case, and avers as follows:

1. On October 2, 2024, the government filed its Opposition to the undersigned's appearance in this case pro hac vice on behalf of the defendant, Jorge Augusto Solares Ruano, Docket Entry 61.

2. Previously, at a hearing on May 2, 2024, which the undersigned attended by Zoom, the Court had asked the government to state its position on the matter of the petition to appear pro hac vice by May 9, 2024 and for the undersigned to respond by May 16, 2024.

3. On September 23, 2024, four months after the due date, the Court once again ordered the Government to state its position on the matter which it did on October 2, 2024.



LEAVE TO FILE GRANTED
[signature]
1/8/2025

4. The government maintains the undersigned should be disqualified from representation due to conflict of interest: one arising from the likelihood of being called as a fact witness in the case at bar and two because of previous representations of the Defendant's co-conspirators, at page 3.

5. As to the first reason, the government further elaborates the undersigned may be called as a witness, as one of the Defendant's *associates* to testify about his personal knowledge of the Defendant's *illicit* dealings, at page 4, emphasis Supplied.

6. The undersigned knows nothing about such activities and his representation of former clients in Guatemala was strictly on a professional level as an attorney representing a client in a foreign country charged with violating the laws of the United States. Indeed, the majority of the undersigned practice of law is centered on that practice, owing in part to the fact the undersigned studied law in Spanish at the University of Puerto Rico (Harvard LLM) where he was raised and can speak to Spanish speaking clients directly in their native language without an interpreter.

**WHEREFORE IT IS RESPECTFULLY PRAYED THE COURT TAKE INTO CONSIDERATION THE MATTERS STATED HEREIN.**

Respectfully,

/s/Scott Kalisch
435 South Oregon Avenue, Suite 104
Tampa, Florida 33606
Tel 305 660-0808

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed copy of this pleading by EM/ECD filing to AUSA Mingda Hang and to all counsel of record this 8th day of January 2025,

/s/Scott Kalisch
SCOTT KALISCH